USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/14/10

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------- x

HOLLY SKRABLE and SCOTT SKRABLE,

                      Plaintiffs,

    -against-

AETNA INSURANCE COMPANY,

                      Defendant.

------------------------------------------------------------------- x

**ORDER DISMISSING CASE**

10 Civ. 1395 (AKH)

ALVIN K. HELLERSTEIN, U.S.D.J.:

        On September 22, I dismissed this case without prejudice to the filing of a new complaint within 20 days. I made clear that absent a new filing, I would dismiss the case outright. Order Granting Motion to Dismiss Without Prejudice, Skrable v. Aetna Ins. Co., Doc. No. 11, 10 Civ. 1395 (S.D.N.Y. Sept. 22, 2010). It is now far beyond the 20 day period I gave in my dismissal order and Plaintiffs have taken no action. The case is therefore dismissed with prejudice. The Clerk shall mark the case closed.

        SO ORDERED.

Dated:    December 14, 2010
             New York, New York

                                    ALVIN K. HELLERSTEIN
                                    United States District Judge